Matter of Golub v Clerk of Surrogate Ct. - Richmond County (2024 NY Slip Op 06043)

Matter of Golub v Clerk of Surrogate Ct. - Richmond County

2024 NY Slip Op 06043

Decided on December 4, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 4, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
PHILLIP M. HOM, JJ.

2024-11033

[*1]In the Matter of J. David Golub, etc., petitioner,
v
Clerk of Surrogate Court - Richmond County, et al., respondents.

J. David Golub, Staten Island, NY, petitioner pro se.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent Clerk of Surrogate Court - Richmond County to certify a record on appeal in a proceeding entitled Matter of Golub, deceased, pending in the Surrogate's Court, Richmond County, under File No. 505/09.
ADJUDGED that the proceeding is dismissed, without costs or disbursements.
This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 7804[b]; 506[b]; Matter of Tonawanda Seneca Nation v Noonan, 27 NY3d 713).
DUFFY, J.P., MILLER, DOWLING and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court